**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**FORT LAUDERDALE DIVISION**

**CASE NO.: 0:11-CV-62477-WPD**

ERNESTO HERNANDEZ.

             Plaintiff,

 vs.

VERENCA INVESTMENTS INTERNATIONAL, INC.

             Defendants.

_____/

**NOTICE OF PENDING SETTLEMENT**
**AS TO DEFENDANT VERENCA INVESTMENTS INTERNATIONAL, INC.**

      Defendant, VERENCA INVESTMENTS INTERNATIONAL, INC., and Plaintiff, ERNESTO HERNANDEZ have agreed to a settlement of all issues, including fees and costs, in this matter, subject only to the drafting of specific documents to memorialize the agreement. No further action by the Court is requested at this time.

      Dated on this day: March 16, 2012.

                                 Respectfully Submitted,

/s/ Lawrence D. Popritkin
LAWRENCE D. POPRITKIN PA
1801 NW 66th AVENUE
Plantation, Florida 33313
Phone: (954) 791-7240
Fax: (954) 791-7331
Email: lpopritkin@ldplaw.net

/s/ Miguel Armenteros
MIGUEL ARMENTEROS, P.A.
1000 Brickell Avenue, Suite 600
Miami, Florida  33131
Phone: (305) 377-0086
Fax: (305) 397-1136
Email:  miguel@pbyalaw.com

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served electronically on all counsel of record on March 16, 2012, on the Service List below.

*/s/ Lawrence D. Popritkin*
LAWRENCE D. POPRITKIN, P.A.

## SERVICE LIST

/s/ Lawrence D. Popritkin
LAWRENCE D. POPRITKIN PA
1801 NW 66th AVENUE
Plantation, Florida 33313
Phone: (954) 791-7240
Fax: (954) 791-7331
Email: lpopritkin@ldplaw.net

/s/ Miguel Armenteros
MIGUEL ARMENTEROS, P.A.
1000 Brickell Avenue, Suite 600
Miami, Florida  33131
Phone: (305) 377-0086
Fax: (305) 397-1136
Email:  miguel@pbyalaw.com