UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 11-62477-CIV-DIMITROULEAS/SNOW

ERNESTO HERNANDEZ,

    Plaintiff,

vs.

VERENCA INVESTMENTS
INTERNATIONAL, INC.,

    Defendant.
_____/

## FINAL ORDER OF DISMISSAL

THIS CAUSE is before the Court upon the parties' Joint Stipulation of Dismissal with Prejudice [DE 22], filed on April 2, 2012. The Court has carefully considered the Stipulation, notes the signature of the parties, and is otherwise fully advised in the premises.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. The Joint Stipulation of Dismissal with Prejudice [DE 22] is **APPROVED**;

2. This action is **DISMISSED with prejudice**;

3. The Clerk shall **CLOSE** this case and **DENY** any pending motions as moot.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida this 2nd day of April, 2012.

                                                WILLIAM P. DIMITROULEAS
                                                United States District Judge

Copies furnished to:
Counsel of Record